# Law Offices of
# James F. Sullivan, P.C.

52 Duane Street, 7th Floor
New York, New York 10007
Tel (212) 374-0009
Fax (212) 374-9931

October 12, 2018

Forbidden Fruit Inc.
2130 Pond Road, Unit 1
Ronkonkoma, New York 11779

Edward Preas
2130 Pond Road, Unit 1
Ronkonkoma, New York 11779

**RE:**   **Lizzol v. Forbidden Fruit Inc. et. al.**
        **Case No.:** 2:18-cv-05335-SJF-GRB

Dear Sir or Madam

   Enclosed please find the order of the Honorable Sandra J. Feuerstein dated October 11,
2018.

   If you have any questions, feel free to contact the undersigned.

Very Truly Yours,

Lawrence Spasojevich, Esq.

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Thursday, October 11, 2018 9:44 AM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 2:18-cv-05335-SJF-GRB Lizzol v. Forbidden Fruit Inc et. al. Set Hearings |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/11/2018 at 9:44 AM EDT and filed on 10/11/2018
**Case Name:**      Lizzol v. Forbidden Fruit Inc et. al.
**Case Number:**    2:18-cv-05335-SJF-GRB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ORDER: The Initial Conference scheduled to be held before the undersigned on 1/23/2019 is advanced to 11/28/2018 at 11:15 AM in Courtroom 1010 at the Central Islip Courthouse. Plaintiff shall serve a copy of this Order upon defendants and file proof of such service with the Court. Ordered by Judge Sandra J. Feuerstein on 10/11/2018. c/ECF (Adell, April)

**2:18-cv-05335-SJF-GRB Notice has been electronically mailed to:**

Lawrence Lee Spasojevich    ls@jfslaw.net, lspasojevich@gmail.com

**2:18-cv-05335-SJF-GRB Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

ELAINE LIZZOL,
*on behalf of himself and similarly situated employees,*

                                  Case No.
                                  2:18-cv-05335-SJF-GRB

                        Plaintiff(s),

-against-

FORBIDDEN FRUIT INC D/B/A THE LANDING STRIP
F/K/A THE FORBIDDEN FRUIT and EDWARD PREAS

                                  ECF Case,

                        Defendant(s).
_____

### *AFFIDAVIT OF SERVICE BY REGULAR MAIL*

STATE OF NEW YORK    )
                            )ss.:
COUNTY OF NEW YORK  )

      I, Samantha Arcangeli, being duly sworn, deposes and says: that she is not a party to the action herein, and that on 12 day of October, 2018, she served the within Order dated October 11, 2018 by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of the United States Post Service for delivery.

Forbidden Fruit Inc.
2130 Pond Road, Unit 1
Ronkonkoma, New York 11779

Edward Preas
2130 Pond Road, Unit 1
Ronkonkoma, New York 11779

                                    Deponent is over the age of eighteen (18) years.

                                    _____
                                    Samantha Arcangeli

Sworn to before me this
_12_ day of _October_, 2018

_____
Notary Public

Joshua Andreas Eldsvaag
Notary Public, State of New York
No. 02EI6349957
Qualified In New York County
Commission Expires 10/31/2020